**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

November 14, 2023

Andrew M. Lankler
TEL: 2124082516
FAX: 2122592516
andrew.lankler@bakerbotts.com

**VIA ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:     *United States v. Lanni, et al.*, Cr. No. 23-CR-443

Dear Judge Block:

     We are counsel for Salvatore DiLorenzo, a defendant in the above-captioned matter. Mr. DiLorenzo was arrested on November 8, 2023 and released on a bail package that included conditions restricting Mr. DiLorenzo's travel to the Eastern and Southern Districts of New York and the state of Florida.

     We write to request the Court approve Mr. DiLorenzo's travel to attend the funeral of Vincent Apicella, to take place at noon this Thursday, November 16th in Deposit, New York, which is in Delaware County, in the Northern District of New York. Mr. Apicella was a friend of Mr. DiLorenzo's, as well as the father of a long-time employee of Mr. DiLorenzo's company, PAL Environmental Safety Corporation. If his travel request is approved, Mr. DiLorenzo would travel to Deposit for the funeral on the 16th and return on the same day.

     Mr. DiLorenzo has consulted with his assigned Pretrial Services Officer, Andrew Berglind, who does not oppose this request. We have also conferred with the United States Attorney's Office for the Eastern District of New York, which consents to Mr. DiLorenzo's request.

     Respectfully,

*/s/ Andrew M. Lankler*
Andrew M. Lankler