**BAKER BOTTS L.L.P.**

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA | AUSTIN | **NEW YORK** |
| NEW YORK, NEW YORK | BRUSSELS | PALO ALTO |
| 10112-4498 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 212.408.2500 | HOUSTON | SINGAPORE |
| FAX +1 212.408.2501 | LONDON | WASHINGTON |
| BakerBotts.com | | |

May 14, 2024

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

Hon. Fredric Block
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>*United States v. Lanni, et al.*, 23 Cr. 443 (FB)</u>

Dear Judges Block:

    We represent Salvatore DiLorenzo in this matter. Mr. DiLorenzo is released on conditions which include restricting his travel to "New York City," "Long Island," "Florida," and the Southern District of New York. *See* ECF No 59.

    We respectfully request that his bond be modified to also allow Mr. DiLorenzo to travel "as approved by Pre-Trial Services." The government and Pre-Trial Services have no objection to this request.

    We appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Brendan F. Quigley*
    Brendan F. Quigley

cc:    All counsel of record (by CM/ECF)