

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALK/AMR/EL/BT
F. #2020R00939

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2025

<u>By E-Mail and ECF</u>

Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Salvatore DiLorenzo
                  <u>Criminal Docket No. 23-443 (FB) (JAM)</u>

Dear Judge Marutollo:

        The government submits this letter in advance of the defendant's change of plea hearing, which is scheduled for August 5, 2025, at 1:00 p.m., to set forth the elements of the offense to which the defendant is expected to plead guilty and to provide the government's position regarding detention or release after the anticipated guilty plea.

        First, the crime of theft from an employee benefit plan in violation of 18 U.S.C. § 664, as alleged in Count Thirteen, has two elements:

1. The defendant, or a person he aided or abetted, embezzled, stole, or converted to his own use or to the use of another the monies, funds, credits, property or other assets of one or more employee welfare benefit plans subject to Title I of ERISA, to wit: health care benefits; and

2. The defendant acted knowingly and willfully.

As to the issue of remand, the government consents to the defendant remaining on bail pending his sentencing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/
Anna L. Karamigios
Andrew M. Roddin
Elias Laris
Brooke Theodora
Assistant U.S. Attorneys
(718) 254-7000

2