UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          - against -

SALVATORE DILORENZO,

          Defendant.

23-CR-443
(Block, J.)

-----------------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

    United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: August 5, 2025

Joseph Nocella, Jr.
_____
United States Attorney, E.D.N.Y.

_____
Salvatore DiLorenzo
Defendant

_____
Andrew M. Roddin
Assistant United States Attorney

_____
Andrew Lankler
Attorney for Defendant

Dated: August 5, 2025

_____
JOSEPH A. MARUTOLLO
United States Magistrate Judge